IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YSAURO LARA-VARGAS,<br><br>Defendant. | No. CR 16–0264 LHK (SVK)<br><br>**ORDER SHORTENING TIME**<br><br>**[MODIFIED]** |

GOOD CAUSE APPEARING, the Court hereby GRANTS the request of Ysauro Lara-Vargas to hear his motion for reconsideration of the order of detention on shortened time, and HEREBY ORDERS that the motion shall be heard on Thursday, April 2nd at 10 a.m. on the consolidated, telephonic duty calendar.

The government's opposition brief is due on April 1, 2020; there will be no reply brief.

IT IS SO ORDERED.

Dated: March 31, 2020

_____
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge

REQ. FOR ORDER SHORTENING
TIME; ORDER MODIFIED                         3
NO. CR 16-0264 LHK (SVK)